THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WASHINGTON, Appellant.

Submitted August 11, 2014; decided August 28, 2014

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.